# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 111 EM 2019 |
| Respondent | : | |
| v. | : | |
| CHARLES DAVIS, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 26th day of December, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.  Jerome M. Brown, Esquire, is DIRECTED to file a Petition for Allowance of Appeal within 15 days.